**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 07-4649**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LADARCUS OMAR NESBITT,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (6:05-cr-00412-GRA)

———————————

Submitted:  November 15, 2007      Decided:  November 21, 2007

———————————

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

David W. Plowden, Assistant Federal Public Defender, Greenville,
South Carolina, for Appellant. W. Walter Wilkins, OFFICE OF THE
UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ladarcus Omar Nesbitt appeals the district court's order revoking his supervised release and sentencing him to six months' imprisonment. Nesbitt's attorney has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), stating that there are no meritorious issues for appeal, but suggesting that the district court erred by revoking supervised release and sentencing Nesbitt based on supervised release violations. Nesbitt has been informed of his right to file a pro se supplemental brief, but has not done so.

Pursuant to Anders, we have examined the entire record and find no meritorious issues for appeal. Nesbitt admitted to violations of his supervised release, and his sentence was reasonable. Accordingly, we affirm the district court's judgment.

This court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that such a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED